UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE X-TREME BULLETS, INC.,<br><br>Debtors, | Lead Case No. 3:19-cv-00637-MMD<br><br>Member Cases:<br>Case No. 3:19-cv-00666-MMD<br>Case No. 3:19-cv-00667-MMD<br>Case No. 3:20-cv-00117-MMD |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,<br><br>Appellant,<br><br>v.<br><br>X-TREME BULLETS, INC., AMMO LOAD WORLDWIDE, INC., CLEARWATER BULLET, INC., FREEDOM MUNITIONS, LLC, HOWELL MACHINE, INC., HOWELL MUNITIONS & TECHNOLOGY, INC., LEWIS-CLARK AMMUNITION COMPONENTS, LLC, COMPONENTS EXCHANGE, LLC, KASH CA, INC.; DAVID HOWELL, Z.B. N.A. dba ZIONS FIRST NATIONAL BANK, CFO SOLUTIONS, LLC dba ADVANCED CFO, MATTHEW McKINLAY AND VALERIE GRINDLE<br><br>Appellees. | ORDER |

This consolidated bankruptcy case is before the Court on appeal by Appellant United States of America, on behalf of the Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau ("TTB"). Pending before the Court is a motion to dismiss the appeal by Appellees X-Treme Bullets, Inc., Ammo Load Worldwide, Inc., Clearwater Bullet, Inc., Freedom Munitions, LLC, Howell Machine, Inc., Howell Munitions & Technology, Inc. ("HMT"), Lewis-Clark Ammunition and Components, LLC and

| | |
|---|---|
| 1 | Components Exchange, LLC, the debtors and debtors-in-possession (collectively, |
| 2 | "Debtors") ("MTD"). (ECF No. 22.) The MTD was filed on December 23, 2019, and appears |
| 3 | to be fully briefed. However, the Court recently received a notice from the United States |
| 4 | Bankruptcy Court providing that, while the record in this case is complete, there is currently |
| 5 | a motion for relief under Fed. R. Civ. P. 59 to be decided in that court "relating to the |
| 6 | subject of this appeal." (ECF No. 54.) The court additionally notes that a hearing on the |
| 7 | Rule 59 motion has been calendared for April 17, 2020. (*Id.*) |

This Court surmises that the Rule 59 motion may very well touch upon, if not resolve some or all, the issues on appeal before this Court. The Court will therefore hold the appeal in abeyance pending the bankruptcy court's resolution of the Rule 59 motion.

It is therefore ordered that this appeal is held in abeyance pending the bankruptcy court's resolution of the Rule 59 motion before it.

It is further ordered that the parties are required to file a status report with this Court within 15 days of the bankruptcy court's ruling on the Rule 59 motion. The parties' status report must explain how the resolution of the Rule 59 motion impacts this appeal and particularly the pending MTD, if at all.

It is further ordered that consolidated Case No. 3:20-cv-00117-LRH should be reflected on the docket as Case No. 3:20-cv-117-MMD—it remains closed per the consolidation order (ECF No. 52).

DATED THIS 13th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2